United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                      Case No. **09-08874**

**LOPEZ OCASIO, PEDRO ENRIQUE**                   Chapter **13**
                                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____            ☑ AMENDED PLAN DATED: **12/01/2009**
   ☐ PRE ☐ POST-CONFIRMATION                           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 450.00 x | 27 = $ | 12,150.00 |
|---|---|---|---|
| $ | 525.00 x | 20 = $ | 10,500.00 |
| $ | 600.00 x | 13 = $ | 7,800.00 |
| $ | x | = $ | |
| $ | x | = $ | |

                         TOTAL: $     **30,450.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

        PROPOSED BASE: $     **30,450.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $     **3,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR    $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **TOYOTA FINANCIAL** Cr. _____ Cr. _____
 # **9878**  # _____  # _____
 $     **21,314.45**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
    **AEELA**          **AEELA**          **COOP A/C LA PUER**
5. ☐ Other: _____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
                 ☑ Paid 100% / ☐ Other: _____
Cr. **SALLIE MAE SERVIC** Cr. _____ Cr. _____
 # **9102**  # _____  # _____
 $     **2,185.01**  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts, payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Signed: _[signature]_
        Debtor

_[signature]_
        Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

© 1993-2009 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

IN RE LOPEZ OCASIO, PEDRO ENRIQUE                               Case No. **09-08874**
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

.
.
.
.
.

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO TOYOTA CREDIT UNTIL CONFIRMATION $ 150.00 TO BE PAID BY TRUSTEE MONTHLY.**

**INSURANCE TO TOYOTA CREDIT THROUGH SEGUROS SSS AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $ 738.00 DISBURSEMENT TO SEGUROS SSS TO BEGIN AT END OF THE SALES CONTRACT ON DECEMBER 2012.**

**DEBTOR SURRENDER SHARES TO COOP A/C LA PUERTORRIQUEÑA**

**ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.**

*PLAN INCREASES WHEN DEBTOR PAYS OFF RETIREMENT LOANS.*

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**PEDRO ENRIQUE LOPEZ OCASIO**

    Debtor(s)

CASE NO.; 09-08874 ESL

CHAPTER 13(ASSET CASE)

CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

  **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

  1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 12/01/2009**.

  **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

  In San Juan, Puerto Rico, this 2nd day of December, 2009.

  **I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

           **RESPECTFULLY SUBMITTED.**

           /S/MARILYN VALDES ORTEGA
           **MARILYN VALDES ORTEGA**
           USDC PR 214711
           P.O.Box 195596
           San Juan, PR 00919-5596
           Tel. (787) 758-4400
           Fax. (787) 763-0144

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.    AEELA
0104-3                               U.S. Post Office and Courthouse Building DEPARTAMENTO MASTER CARD
Case 09-08874-ESL13                  300 Recinto Sur Street, Room 109        P.O. BOX 362766
District of Puerto Rico              San Juan, PR 00901-1964                 SAN JUAN, PR  00936-2766
Old San Juan
Wed Dec  2 07:34:51 AST 2009

AEELA                                AT & T                                  BANCO POPULAR DE PUERTO RICO
P.O. BOX 364508                      PO BOX 15067                            BANKRUPTCY DEPARTMENT
SAN JUAN, PR  00936-4508             SAN JUAN, PR  00902-8567                PO BOX 366818
                                                                             SAN JUAN PR 00936-6818


CAPITAL RECOVERY                     CENTENIAL DE PUERTO RICO                CITIFINANCIAL
25 SE 2ND. AVE. SUITE 1120           PO BOX 71514                            PO BOX 499
MIAMI, FL 33131-1605                 SAN JUAN, PR 00936-8614                 HANOVER, MD 21076-0499


COOP A/C LA PUERTORRIQUEA            DEPARTAMENTO DE HACIENDA                DEPARTAMENTO DEL TRABAJO
CALLE GEORGETTI #82                  PO BOX 9024140                          AVE. MUOZ RIVERA 505
SAN JUAN, PR 00925-3607              OFICINA 424 B                           HATO REY, PR 00918-3352
                                     SAN JUAN, PR 00902-4140


EDUCATIONAL CREDIT MANAGEMENT CORP   FEDERAL LITIGATION DEPT OF JUSTICE      FIRST PREMIER BANK
LOAN SERVICING CENTER/FL             PO BOX 9020192                          PO BOX 5524
1002 ARTHUR DRIVE                    SAN JUAN, PR  00902-0192                SIOUX FALLS, SD  57117-5524
LYNN HAVEN, FL 32444-1683


FIRST REVENUE ASSURANCE              GE MONEY BANK                           ISLAND FINANCE
PO BOX 8545                          PO BOX 981439                           PO BOX 71504
ALBUQUERQUE, NM 87198-8545           EL PASO, TX 79998-1439                  SAN JUAN, PR 00936-8604


JC PENNEY                            PR ACQUISITIONS LLC                     PREMIER BANKCARD CHARTER
PO BOX 960090                        270 MUNOZ RIVERA AVENUE SUITE 400       POST OFFICE 2208
ORLANDO, FL  32896-0090              SAN JUAN PR 00918-1910                  VACAVILLE CA 95696


ROSA MARIA OCASIO MOJICA             SALLIE MAE SERVICING                    SANTANDER FINANCIAL SERVICE
CALLE MANUEL M. ZAMAS  1263          PO BOX 1002 ARTHUR DR.                  C/O Ligia Rivera Bujosa
BO. VENEZUELA                        LYNN HAVEN, FL 32444-1002               PO BOX 7011
RIO PIEDRAS, PR 00926-1258                                                   PONCE, PR  00732-7011


SPRINT                               T-MOBILE                                TOYOTA FINANCIAL SERVICES
PO BOX 20040                         PO BOX 660252                           PO BOX 71410
SAN JUAN, PR  00928-0040             DALLAS, TX 75266-0252                   SAN JUAN, PR  00936-8510


US DEPARTMENT OF EDUCATION           JOSE RAMON CARRION MORALES              MARILYN VALDES ORTEGA
PO BOX 530260                        PO BOX 9023884                          VALDES-ORTEGA
ATLANTA, GA  30353-0260              SAN JUAN, PR 00902-3884                 P O BOX 195596
                                                                             SAN JUAN, PR 00919-5596
```

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

PEDRO ENRIQUE LOPEZ OCASIO
PO BOX 20040
SAN JUAN, PR 00928-0040


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)LOPEZ OCASIO, PEDRO ENRIQUE

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32